

# NUMBER 13-25-00162-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

CHRISTINE YIN AND KIMSOUR SIN
D/B/A CHRISTINE OCEAN
SEAFOOD & GRILL,                                                    Appellants,

v.

DOROTHY RAMIREZ,                                                    Appellee.

## ON APPEAL FROM THE 135TH DISTRICT COURT
## OF VICTORIA COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and Cron**
**Memorandum Opinion by Justice Peña**

This cause is before the Court on its own motion. On April 7, 2025, appellants filed a notice of appeal. The clerk's record was due on May 6, 2025. On May 6, 2025, the Clerk of the Court notified appellants that the deputy district clerk, Kim Plummer, had notified the Court that appellants had failed to make arrangements for payment of the

clerk's record. Appellants were notified that unless they made arraignments to pay for the clerk's record and proof of payment was provided to the Court within ten days, the appeal was subject to dismissal for want of prosecution. *See* TEX. R. APP. 37.3(b). Appellants failed to respond to the requested documentation.

No clerk's record has been filed due to appellants' failure to pay or make payment arrangements, and appellants have failed to comply with a notice from the Clerk of the Court requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See Id.* R. 37.3(b), 42.3(b), (c).

L. ARON PEÑA JR.
Justice

Delivered and filed on the
26th day of June, 2025.

2